UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JENNY HWANG, individually and on behalf of all others similarly situated,

                      Plaintiffs,

  -against-

CHRISTO FIFTH AVENUE, LLC.

                      Defendant.
------------------------------------------------------------X

Case No. 1:23-cv-5966

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed without prejudice and without costs. Each party will bear its own costs and fees.

Dated: December 18th, 2023

New York, New York

| Mars Khaimov Law, PLLC | Pardalis & Nohavicka, LLP |
|---|---|
| By: ____/s/ *Mars Khaimov* _ | By: ____/s/ *Israel Klein* _____ |
| Mars Khaimov, Esq.<br>100 Duffy Avenue, Suite 510<br>Hicksville, New York 11801<br>Tel.: 929.324.0717 (direct)<br>mars@khaimovlaw.com<br>*Attorneys for Plaintiff* | Israel Klein, Esq.<br>950 Third Avenue, 11th Floor<br>New York, NY 10022<br>Tel. (212) 213-8511<br>Israel@pnlawyers.com<br>*Attorneys for Defendant* |

SO ORDERED: /S/ Frederic Block,   12-18-2023
U.S.D.J